**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01125-CR

**BILLY RAY PERKINS JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-00206-T**

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the finding that appellant does not desire to pursue the appeal.

We **ORDER** the appeal submitted without briefs and without argument as of the date of this order to a panel consisting of Justices Francis, Lang-Miers, and Lewis. *See* Tex. R. App. P. 38.8(b)(4), 39.1.

/s/      DAVID EVANS
         JUSTICE